UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM LESLIE BATTLE | ) | |
| | ) | |
| v. | ) | No. 3:13-01197 |
| | ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) | |

ORDER

Pending before the Court is the Petitioner's Motion To Vacate, Set Aside, Or Correct Sentence Under 28 U.S.C. § 2255 (Docket No. 1). In response to the Motion, the Government has filed a Motion To Dismiss (Docket No. 11). The Petitioner shall file any response to the Motion To Dismiss and/or reply in support of the Motion To Vacate on or before December 16, 2013.

Also pending before the Court is the Petitioner's Motion For Court To Appoint Counsel (Docket No. 10). The Motion is DENIED, as the Petitioner has failed to show that the "interests of justice" require such appointment. See 18 U.S.C. § 3006A(a)(2)(B); 28 U.S.C. § 2255 (requests for appointment of counsel governed by 18 U.S.C. § 3006A); United States v. Mala, 7 F.3d 1058, 1064 (1st Cir. 1993).

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE