UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM LESLIE BATTLE | ) | |
| | ) | |
| v. | ) | No. 3:13-01197 |
| | ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) | |

ORDER

Pending before the Court are Petitioner's Motions For Counsel To Be Appointed (Docket Nos. 16, 18). The Motions are DENIED for the reasons set forth in the Court's Order of November 14, 2013 (Docket No. 12) denying Petitioner's previous request for counsel.

Also pending before the Court is the Petitioner's Motion For Status (Docket No. 19) of his request for counsel. The Motion is GRANTED, as the status of the motion is set forth herein.

Since this action was filed on October 30, 2013, the Petitioner has filed a motion to reinstate the appeal in his underlying criminal case (Docket No. 61 in Case No. 3:11-00113). That motion is pending for decision before the Sixth Circuit. Because the Sixth Circuit's decision regarding Petitioner's criminal appeal may affect this action, the Court STAYS the proceedings in this case until proceedings in the appeals court are completed. The Government shall file a notice with the Court upon completion of the proceedings in the appeals court.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE